## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. James Nicholson
Secretary of Veterans Affairs
810 Vermont Ave, N.W.
Washington, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X James Wilson / RECEIVED — ☐ Agent ☐ Addressee
B. Received by (Printed Name): 2008 FEB 26 PH 2:54
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   DEPT OF VETERANS AFFAIRS
   OFFICE OF THE SECRETARY

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 5063 2632

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Mukasey
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Earnest L Parker — ☐ Agent ☐ Addressee
B. Received by (Printed Name): FEB 25 2008
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 5063 2625

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department
of Veterans Affairs
810 Vermont Ave, N.W.
Washington, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X K.B... — ☒ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 2/25/08
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 5063 2649

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540