UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BARRY JACKSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**R. JAMES NICHOLSON**[1]**, in his** )<br>**official capacity as** )<br>**Secretary of Veterans Affairs, and** )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF VETERANS AFFAIRS,** )<br>)<br>**Defendants.** ) | No. CV-08-RRA-0289-S |

TO:   CLERK, UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF ALABAMA
      ROOM 140, HUGO L. BLACK U.S. COURTHOUSE
      1729 FIFTH AVENUE NORTH
      BIRMINGHAM, ALABAMA 35203

PLEASE TAKE NOTICE that ERIC R. WOMACK, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants.

---

[1] R. James Nicholson is no longer the Secretary of Veterans Affairs. The current Secretary is James B. Peake. Accordingly, Secretary Peake should be substituted in his official capacity for R. James Nicholson. *See* FED. R. CIV. P. 25(d).

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

ALICE MARTIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


            *s/ Eric Womack*
ERIC R. WOMACK, IL Bar #6279517
Trial Attorney
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C. 20001
(202) 514-4020
eric.womack@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C.  20001

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I caused a true and correct copy of the foregoing document to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                            *s/ Eric Womack*
                                                 ERIC R. WOMACK