# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:08−cv−00289−RRA

| | |
|---|---|
| Jackson v. Nicholson et al | Date Filed: 02/19/2008 |
| Assigned to: Magistrate−Judge Robert R Armstrong | Date Terminated: 05/09/2008 |
| Cause: 05:552 Right to Privacy Act | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Barry Jackson**     represented by     **Archie C Lamb, Jr**
THE LAMB FIRM
2017 Second Avenue North, Suite 200
Birmingham, AL 35203
205−324−4644
Fax: 205−324−4649
Email: alamb@archielamb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F Inge Johnstone**
THE LAMB FIRM
2017 Second Avenue North, Suite 200
Birmingham, AL 35203
205−324−4644
Fax: 205−324−4649
Email: ijohnstone@archielamb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyrell F Jordan**
THE LAMB FIRM LLC
2900 1st Avenue South
Birmingham, AL 35233
205−324−4644
Fax: 205−324−4649
Email: tjordan@archielamb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**R James Nicholson**     represented by     **Eric R Womack**
*in his official capacity as Secretary of Veterans Affairs*     US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue NW
Washington, DC 20001
202−514−4020
Fax: 202−616−8470
Email: eric.womack@usdoj.gov

*LEAD ATTORNEY*

**Defendant**

| | | |
|---|---|---|
| **United States Department of Veterans Affairs** | represented by | **Eric R Womack** <br> (See above for address) <br> *LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00, receipt # 200–244169), filed by Barry Jackson.(CTS, ) (Entered: 02/20/2008) |
| 02/19/2008 | | Summons Issued as to Dfts. R James Nicholson and United States Department of Veterans Affairs only – del to pla's counsel for service (CTS, ) (Entered: 02/20/2008) |
| 02/21/2008 | | Summons Issued as to U.S. Attorney and U.S. Attorney General; del to pla's counsel for service. (CTS, ) (Entered: 02/21/2008) |
| 03/04/2008 | 2 | SUMMONS Returned Executed by Barry Jackson. R James Nicholson, Ofc of Secy. of Veteran's Affairs served on 2/26/2008; United States Department of Veterans Affairs served on 2/25/2008; AG served on 2/25/08 (Jordan, Tyrell) Modified on 3/4/2008 (CTS, ). (Entered: 03/04/2008) |
| 04/11/2008 | 3 | NOTICE of Appearance by Eric R Womack on behalf of R James Nicholson, United States Department of Veterans Affairs (Womack, Eric) (Entered: 04/11/2008) |
| 04/11/2008 | 4 | MOTION to Stay *Further Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation* by R James Nicholson, United States Department of Veterans Affairs. (Attachments: # 1 Exhibit A – November 3, 2006, Transfer Order# 2 Exhibit B – Notice of "Tag–Along" Action# 3 Text of Proposed Order)(Womack, Eric) (Entered: 04/11/2008) |
| 04/14/2008 | | ORDER setting motion deadline 4 Motion to Stay –– any opposition to the motion should be filed within 11 days of the date of this order. Signed by Judge Robert R Armstrong on 04/14/08. (JTR) (Entered: 04/14/2008) |
| 04/18/2008 | | ORDER granting 4 Motion to Stay –– the case is stayed for 90 days. Thereafter the parties may reapply. Signed by Judge Robert R Armstrong on 04/18/08. (JTR) (Entered: 04/18/2008) |
| 05/09/2008 | 5 | ORDER Transferring Case to MDL: Certified copy of Conditional Transfer ORDER [CTO–1] of Judicial Panel on Multidistrict Litigation transferring this case to the District of Columbia for inclusion in MDL 1796 (In re: Dept. of Veterans Affairs Data Theft Litigation); Judge James Robertson is presiding over this litigation. (CTS, ) (Entered: 05/09/2008) |